# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: 25-5290 MJ |
| 1. Mehrzad Asadi Eidivand, and, | |
| 2. Linet Vartanniavartanians. | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, Defendant MEHRZAD ASADI EIDIVAND violated 18 U.S.C. §§ 922(g)(5) and 924(a)(8), Alien in Possession of a Firearm, and Defendant LINET VARTANNIAVARTANIANS, violated 18 U.S.C. § 115(a)(1)(B), Threatening to Assault a Federal Officer, described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent (SA) for Homeland Security Investigations (HSI), and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: AUSA Addison Owen
Digitally signed by ADDISON OWEN
Date: 2025.06.23 17:05:20 -07'00'

Anthony Sinatra, SA HSI
Name of Complainant

ANTHONY J SINATRA
Digitally signed by ANTHONY J SINATRA
Date: 2025.06.23 16:59:09 -07'00'
Signature of Complainant

Sworn to telephonically before me
June 23, 2025 @ 5:34 pm   at   Phoenix, Arizona
Date                                                City and State

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A
## DESCRIPTION OF COUNTS

### COUNT 1

**Alien in Possession of a Firearm**

Beginning on or about June 21, 2025 through June 22, 2025, in the District of Arizona, Defendant MEHRZAD ASADI EIDIVAND, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess firearms, to wit:

(1) a Glock, 45, 9mm, handgun, Serial Number (S/N): BSTM071, and,

(2) a Masada, ORP, 9mm, handgun, S/N: M1022117,

both of which were previously shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

### COUNT 2

**Threatening to Assault a Federal Officer**

On or about June 21, 2025, in the District of Arizona, Defendant LINET VARTANNIAVARTANIANS, did threaten to assault Immigration and Customs Enforcement (ICE) Enforcement Removal Operations (ERO) officers, specifically J.L., a person designated and protected under Title 18, United States Code Section 1114, and Defendant did so with the intent to impeded, intimidate, or interfere with J.L. while J.L. was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Anthony Sinatra, a Special Agent (SA) for Homeland Security Investigations (HSI) in Phoenix, Arizona being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent (SA) with Homeland Security Investigations (HSI) and have been for over 18 years. I am currently assigned to the Phoenix, Arizona Office. As a SA, I am authorized to investigate violations of the laws of the United States and am a law enforcement officer within the meaning of 18 U.S.C. § 2510(7). Prior to becoming a SA, I was a law enforcement officer U.S. Customs and Border Protection for over 2.5 years.

2.  As a SA, I have attended the investigator training program at the Federal Law Enforcement Training Center (FLETC). During my training, I learned how to conduct investigations into offenses enumerated in Title 8, Title 18, Title 21, and Title 31 of the United States Code.

3.  During my over 20 years in law enforcement, I have experience in conducting physical surveillance, interviewing witnesses, writing affidavits for warrants, and executing warrants for arrests and searches. I routinely access multiple databases and intelligence-based systems throughout my investigations and have participated in numerous interagency and international investigations.

4.  The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses.

5.  Based on the below facts, your Affiant submits there is probable cause that MEHRZAD ASADI EIDIVAND violated 18 U.S.C. §§ 922(g)(5) and 924(a)(8), Alien in Possession of a Firearm, and LINET VARTANNIAVARTANIANS violated 18 U.S.C. § 115(a)(1)(B), Threatening to Assault a Federal Officer.

## PROBABLE CAUSE

Mehrzad Asadi EIDIVAND's Immigration History

6. On June 16, 2012, Mehrzad Asadi EIDIVAND, an Iranian national, entered the United States via the San Ysidro port. At the time of entry, he claimed a fear of return to his home country. He was issued a Notice to Appear (NTA) in front of an immigration judge.

7. On August 12, 2013, he was granted a pre-conclusion voluntary departure and ordered to depart on or before December 10, 2013. To comply with this order EIDIVAND was supposed to provide ICE with travel documents and a ticket to return to his home country before that date.

8. On November 8, 2013, he filed a motion to reopen his matter with the Immigration Court. The Court denied the motion on November 25, 2013.

9. Also on November 25, 2013, EIDIVAND received an order of removal to his home country.

10. On December 7, 2013, he filed an appeal from the Immigration Judge's decision denying his motion to reopen. The Board of Immigration Appeals (BIA) dismissed the appeal on April 29, 2015.

11. On November 7, 2018, he filed a motion to reopen his removal proceedings with the BIA. The motion was denied on January 19, 2021. On September 8, 2023, upon EIDAVAND'S motion, the BIA reissued its decision denying his motion to reopen vacating its January 19, 2021 decision.

12. On May 2, 2025, EIDIVAND filed a motion to adjust status due to marriage to a United States citizen. His application is pending. EIDIVAND is not eligible to adjust status because he was not admitted or paroled into the United States, as required by INA 245(a) and 245.1(b)(3).

13. EIDIVAND has been a removable alien since the final order of removal was issued on November 25, 2013.

Attempted Immigration Arrest of EIDIVAND

14. On June 21, 2025 around 8:55 p.m., Immigration and Customs Enforcement (ICE),

Enforcement and Removal Operations (ERO) officers went to EIDIVAND's residence to arrest him on administrative immigration violations.

15. Officers knocked on the door and announced they were police. Upon approach, officers observed multiple surveillance cameras near the entryway. Approximately five to six officers, to include ICE/ERO officer J.L., were around the door, all wearing vest which depicted they are "Police," "Police Federal Agent," and "ICE".

16. Officers stated they were police, and they were looking to speak with "Mehrzad Asadi Eidivand". A female voice, later identified as Linet VARTANNIAVARTANIANS, stated she was not going to open the door. She told them to come back with a warrant.

17. Officers disengaged. However, a couple minutes later they approached again to ask her name. She said she was not going to talk to them. Then, she stated again to come back with a warrant.

18. Officers disengage again and went to their vehicles to regroup.

19. At all time in described in this Complaint, ICE/ERO officer J.L. was engaged in the performance of his official duties.

VARTANNIAVARTANIANS' Threats to Law Enforcement

20. Shortly thereafter, Tempe Police arrived on the scene. As multiple Tempe officers approached, they shared that VARTANNIAVARTANIANS had called the police.

21. VARTANNIAVARTANIANS, in a phone call to police, said ICE was trying to come into her home. She said if they (ICE) come into her home she will shoot them. She said she has a gun, it is loaded, and she is shooting anyone that comes in.

22. She continued stating the gun is in her hand. A male voice, later identified as EIDIVAND, was heard in the background stating that ICE may have left the area.

23. VARTANNIAVARTANIANS said she will not speak to anyone but her attorney. She confirmed she was alone in the house with her husband. She said they (ICE) are coming after him because he is trying to get his green card.

24. VARTANNIAVARTANIANS again said she would shoot any officers that come in, and she is unwilling to put the gun down.

25. Then, she said she was going to go outside and shoot ICE officers in the head. VARTANNIAVARTANIANS said she knew she would end up in prison.

26. She confirmed EIDIVAND was in the house.

27. EIDIVAND spoke with dispatchers stating he is a patriot and does not agree with what is going on. They asked him if there are guns in their house, he said they have "plenty of guns".

Federal Search Warrant

28. On June 22, 2025, Homeland Security Investigation (HSI) agents executed a federal search warrant at VARTANNIAVARTANIANS and EIDIVAND's residence.

29. VARTANNIAVARTANIANS and EIDIVAND were safely taken into custody.

30. While VARTANNIAVARTANIANS was being taking into custody, she asked agents why a SWAT team would come to their house. In response, an agent asked VARTANNIAVARTANIANS if she had guns. VARTANNIAVARTANIANS responded "yes."

31. Hearing this exchange, EIDIVAND turned to VARTANNIAVARTANIANS and stated that's why they are here, you said you would shoot them yesterday.

32. During the search of residence, agents found two firearms. First, agents found a Glock, 45, 9mm, handgun, S/N: BSTM071, on the kitchen counter visible upon entry. Second, agents found a Masada, ORP, 9mm, handgun, S/N: M1022117, on a nightstand in one of the bedrooms. The firearms were loaded.

Firearm Nexus

33. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Nexus Expert Senior Special Agent Lowell Farley made a preliminary determination, based on the make, model and photographs of the firearms, that they had travelled in interstate commerce.

## CONCLUSION

34. For these reasons, your Affiant submits that there is probable cause to believe MEHRZAD ASADI EIDIVAND violated 18 U.S.C. §§ 922(g)(5) and 924(a)(8), Alien in Possession of a Firearm, and LINET VARTANNIAVARTANIANS, violated 18 U.S.C. § 115(a)(1)(B), Threatening to Assault a Federal Officer.

35. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

ANTHONY J SINATRA
Digitally signed by ANTHONY J SINATRA
Date: 2025.06.23 17:00:05 -07'00'

Anthony Sinatra
Special Agent
Homeland Security Investigations

Sworn to and subscribed telephonically this 23 day of June 2025. @ 5:34pm

THE HONORABLE DEBORAH M. FINE
United States Magistrate Judge